AP-77,039
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/6/2015 1:22:13 PM
Accepted 3/6/2015 1:28:27 PM
ABEL ACOSTA
CLERK

# No. AP-77,039

In the
Texas Court of Criminal Appeals
At Austin

———————◆———————

### No. 1414421
In the 351st Criminal District Court
Of Harris County, Texas

———————◆———————

# JEFFREY KEITH PREVOST
*Appellant*
V.
# THE STATE OF TEXAS
*Appellee*

———————◆———————

## STATE'S MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

THE STATE OF TEXAS moves for an extension of time within which to file its appellate brief. In support of its motion, the State submits the following:

1. Appellant was charged by indictment with the felony offense of capital murder.

2. The case was tried before a jury who found appellant guilty as charged.

3. The jury answered the special issues.

4. The trial court assessed punishment at death, in accordance with Texas Code of Criminal Procedure article 37.071, section 2(g).

5. Sentence was entered April 5, 2014.

6. Direct appeal to this Court is automatic.

7. Appellant's brief was filed on February 6, 2015.

8. The State's appellate brief is due on March 9, 2015.

9. The State seeks an extension of 90 days to file its brief, until June 8, 2015.

10. This is the State's first request for an extension in this case.

11. The following facts are relied upon to show good cause for the requested extension:

   i.      The appellate record in the present case is voluminous, consisting of 39 volumes. Appellant brings 10 points of error on appeal.

   ii.      The undersigned attorney has filed appellate briefs in three other cases assigned to her, and is responsible for filing two additional appellate briefs.

   iii.      The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension until June 8, 2015.

Respectfully submitted,

/s/ Heather A. Hudson

**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
State Bar Number: 24089551

## CERTIFICATE OF SERVICE

Pursuant to **TEX. R. APP. P.** 9.5, this certifies that on March 6, 2015, a

copy of the foregoing was sent to the following:


Douglas M. Durham
2800 Post Oak Blvd., Suite 4100
Houston, Texas 77002
Tel: (832) 390-2252
Fax: (932) 390-2350
durham.doug@yahoo.com


/s/  Heather A. Hudson

**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar Number: 24089551
hudson_heather@dao.hctx.net